UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-008-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JOHN VALDA RICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:   Production of Visual Depictions of Minors Engaged in Sexually Explicit Conduct

<u>Date of Detention Hearing</u>:   Initial Appearance, February 20, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   Defendant has been in federal custody since 1993 serving a 180 month sentence

01 on a charge of Armed Career Criminal in Possession of a Firearm..  He was scheduled to be
02 released from custody on June 7, 2007.

03     2.      Defendant was not interviewed by Pretrial Services. He has a lengthy criminal
04 record, including some warrant activity.  There is no additional information immediately available
05 about the defendant's personal history, residence, family ties, ties to this District, income, financial
06 assets or liabilities, physical/mental health or controlled substance use if any.

07     3.      The issue of detention is essentially moot, since the defendant is already in federal
08 custody.  He poses a risk of nonappearance due to unknown background information, and history
09 of failing to appear and to comply with court orders.  He poses a risk of danger due to the nature
10 of the charges and criminal history.

11     4.      There does not appear to be any condition or combination of conditions that will
12 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
13 to other persons or the community.

14 It is therefore ORDERED:

15     (1)      Defendant shall be detained pending trial and committed to the custody of the
16                Attorney General for confinement in a correction facility separate, to the extent
17                practicable, from persons awaiting or serving sentences or being held in custody
18                pending appeal;

19     (2)      Defendant shall be afforded reasonable opportunity for private consultation with
20                counsel;

21     (3)      On order of a court of the United States or on request of an attorney for the
22                Government, the person in charge of the corrections facility in which defendant is

DETENTION ORDER      15.13
18 U.S.C. § 3142(i)      Rev. 1/91
PAGE 2

Case 2:07-cr-00008-JCC    Document 9    Filed 02/21/07    Page 3 of 3

confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 21st day of February, 2007.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge